# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165
_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/15/2026___

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

January 9, 2026

**VIA ECF**

Honorable Judge Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312



Re:    **Yuman Palacios v. Chang Li Supermarket Inc. et al**
       **Case No.: 1:25-cv-05624-VEC**

Your Honor:

This office represents Plaintiff in the above-referenced matter. We write to request that the parties deadline to reopen this case be extended by 30 days. The current deadline is January 12, 2026. We respectfully request that this deadline be extended to February 10, 2026. The reason for this application is because the parties are still in the process of preparing settlement documents, and need additional time.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/Robert Jun*
Robert Jun

Application GRANTED in part. The parties' deadline to submit an application to reopen this case and/or request that the Court retain jurisdiction to enforce the parties' settlement agreement is ADJOURNED *nunc pro tunc* from Monday, January 12, 2026, to **Friday, January 23, 2026**.

SO ORDERED.

1/15/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE