# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165
_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/30/2026

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

January 30, 2026

**VIA ECF**
Honorable Judge Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312



Re:    **Yuman Palacios v. Chang Li Supermarket Inc. et al**
**Case No.: 1:25-cv-05624-VEC**

Your Honor:

This office represents Plaintiff in the above-referenced matter. We write to request that the parties deadline to reopen and/or request that the Court retain jurisdiction to enforce the parties' settlement agreement in this case be extended by 28 days. The current deadline is January 30, 2026. We respectfully request that this deadline be extended to February 27, 2026. This is the third time the parties are requesting this relief. The reason for this application is because the parties are still in the process of signing the settlement documents.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/Robert Jun*
Robert Jun

Application DENIED.

SO ORDERED.

1/30/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

*Certified as a minority-owned business in the State of New York*